**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARILYN EVET MATHESON,

                Plaintiff,

   -against-                                 18 **CIVIL** 12300 (NSR)

                                               **JUDGMENT**

KRISTA PREUSS,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2020, this appeal is dismissed without prejudice pursuant to Fed. R. Bankr. P. 8018(a)(4); accordingly, this case is closed.

**Dated:**  New York, New York

      October 7, 2020

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                           **BY:**   *K. Mango*

                                                   **Deputy Clerk**